IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHEN JAMES SCIPIO,

      Appellant,

v.

      Case No.  5D21-3039
      LT Case No. 2000-030453-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Stephen James Scipio, Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.